UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 11381
    LOUIS SMITH
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER


            Debtor
    SSN XXX-XX-4252


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 06/26/2007 and was not confirmed.

    The case was dismissed without confirmation 08/08/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LENDING | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LENDING | SECURED NOT I | NOT FILED | .00 | .00 |
| PHH MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| PHH MORTGAGE SERVICES | MORTGAGE ARRE | 44419.35 | .00 | .00 |
| AMEX | UNSECURED | NOT FILED | .00 | .00 |
| AMEX | UNSECURED | NOT FILED | .00 | .00 |
| ANDERSON FIN NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT INC | UNSECURED | NOT FILED | .00 | .00 |
| GEMB/ MONTGOMERY WARD | UNSECURED | NOT FILED | .00 | .00 |
| GEMB/WALM | UNSECURED | NOT FILED | .00 | .00 |
| HSBC NV | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CASSEL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PINNACLE FINANCAIL | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 7275.00 | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 11381 LOUIS SMITH

```
RMI/MCSI                    UNSECURED      NOT FILED              .00           .00
RMI/MCSI                    UNSECURED      NOT FILED              .00           .00
RMI/MCSI                    UNSECURED      NOT FILED              .00           .00
RMI/MCSI                    UNSECURED      NOT FILED              .00           .00
RMI/MCSI                    UNSECURED      NOT FILED              .00           .00
RMI/MCSI                    UNSECURED      NOT FILED              .00           .00
RMI/MCSI                    UNSECURED      NOT FILED              .00           .00
SEARS                       UNSECURED      NOT FILED              .00           .00
TARGET NATIONAL BANK        UNSECURED         283.96              .00           .00
SPRINT-NEXTEL CORP          UNSECURED         436.12              .00           .00
BENNIE W FERNANDEZ          DEBTOR ATTY        .00                              .00
TOM VAUGHN                  TRUSTEE                                             .00
DEBTOR REFUND               REFUND                                          360.00
```

```
       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                    360.00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                360.00
                       ---------------   ---------------
TOTALS                     360.00           360.00
```

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
Dated: 12/05/07              _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE